**FRED R. PATTERSON, NEA RHODES and VEDA B. YEARWOOD, as Trustees, v. SIBYL C. MOLLETT, a widow.**

6 So. (2nd) 862                                          En Banc
February 3, 1942          Rehearing Denied February 25, 1942

Don Register, for petitioners.

Sherman T. Taylor and M. H. Edwards, for respondent.

PER CURIAM:

A careful study of the petition for certiorari to review an order of the chancellor denying the motion to dismiss the bill of complaint leads us to the conclusion his action was proper, therefore, the petition is—

Denied.

BROWN, C. J., BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.

WHITFIELD and TERRELL, JJ., dissent.